**Leroy Angloson STUART, Petitioner—Appellant,**

v.

**UNITED STATES of America, Respondent—Appellee.**

No. 04–7742.

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2005.

Decided: May 24, 2005.

Leroy Angloson Stuart, Appellant pro se.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leroy Angloson Stuart, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Stuart v. United States,* No. CA–04–527 (E.D.N.C. Sept. 22, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-fore the court and argument would not aid the decisional process.

*AFFIRMED*